# Exhibit B

 Miki Mullor





# Miki Mullor

Retired

Greater Seattle Area · 500+ connections

Sign in to Connect

**Jobalign** Jobalign

**Reichman University (IDC Herzliya)**

---

## Experience

**Jobalign**
10 years 4 months

**Board Member**
Feb 2010 - May 2020 · 10 years 4 months
Greater Seattle Area
Company acquired in May 2020

**Founder, Chief Technology Officer**
Feb 2010 - Feb 2017 · 7 years 1 month
Greater Seattle Area



Miki Mullor



applications, etc

- 3,300,000 hourly workers on the network
- 4,300,000 job applications to 175,000 jobs at 300+ companies
- 230,000 job applications by text

Led product, engineering, biz dev, IP and sales lead on marquee accounts.

Jobalign is backed by Madrona Venture Group, Trilogy Equity...

Show more ⌄



### Founder and CEO
XeePay

Mar 2017 - Mar 2020 · 3 years 1 month

Greater Seattle Area

Micropayments done right.



### Sr. Business Development Manager / program manager
Microsoft

Jan 2006 - Sep 2008 · 2 years 9 months

Redmond, WA

Product Manager in charge of Smart Cards stack in Windows. We were on a mission to make it easy to use smart cards on Windows (my tag line back then: "make smart cards so easy to use even a cave man can do it" - I know, not original, but cute)

I also did a biz dev role in Business development and strategy for Windows (OS division). Some good times doing deals for Windows Vista launch.



### Founder, CTO
Ancora Technologies

Jan 2002 - Dec 2005 · 4 years

Irvine, CA

Founder and CTO of Ancora Technologies that developed a breakthrough security technology for consumer devices (desktops, mobile phones, etc). Today, Ancora's seminal patented tech (US Patent 6,411,941) is in EVERY smart phone.



## Miki Mullor



strategy, enterprise sales, finance and patent litigation - including a visit to the Federal Circuit Court of Appeals (we won...attorney John LeRoy from Brooks Kushman killed it... and made a small impact on patent law).

and one more thing... turns out I can code in PowerPoint just as well as in C++

UPDATE: two visits to the Federal Circuit... this time it was attorney Marc Lorelli from Brooks Kushman who killed it...

this time, we made a much bigger impact on patent law: our case defined guidelines on which computer security software patents are now patent eligible (101)

Show less ⌄



### Manager, Software Engineering

Blue Pumpkin Software

Feb 2002 - Nov 2002 · 10 months

Sunnyvale, CA

Dev manager of the company's business intelligence product.



### Software Architect

StrataCare

Nov 2000 - Dec 2001 · 1 year 2 months

Irvine, CA

Managed development of a medical bill review product for the healthcare insurance industry.



### Development Manager

Hiho.com

Feb 1999 - Dec 2000 · 1 year 11 months

Irvine, CA

Founding team member and an engineering manager of a software-as-a-service start up. (there were no clouds back then...)

Hiho died during the tech bust...

 | Miki Mullor     

Feb 1995 - Nov 1998 · 3 years 10 months

Tel Aviv, Israel

 **Military Intelligence Officer @ 8200**

Israel Defense Forces - Military Intelligence

Jul 1991 - Dec 1994 · 3 years 6 months

Tel Aviv, Israel

---

# Education

 **Reichman University (IDC Herzliya)**

LL.B · Law

1994 - 1998

J.D equivalent - eligible to take the bar exam in the US.

At one low point in 2004 I even signed up for the New York State bar exam... I keep that letter to remind me that life is full of highs and lows...

---

# Volunteer Experience

**Editor**

Sammamish Comment

Apr 2018 - Mar 2021 · 3 years

Politics

Volunteer investigative journalist covering local issues in Sammamish, WA

---

# Licenses & Certifications

**Private Pilot**

Federal Aviation Administration

Issued Nov 2006

 Miki Mullor 

# Patents

### SECURE PIN TRANSMISSION

Issued January 10, 2011 · United States · 8,095,977

Other inventors

### Method of restricting software operation within a license limitation

Issued June 25, 2002 · United States · 6,411,941

Other inventors

### Method of securing software against reverse engineering

Filed November 21, 2002 · United States

# Languages

**Hebrew**
Native or bilingual proficiency

**English**
Native or bilingual proficiency

# Recommendations received

Case 6:21-cv-00735-ADA   Document 22-2   Filed 11/23/21   Page 7 of 9

 **in**    Miki Mullor                                                        

approach (even when facing the toughest issues). Excellent problem solving skills. Highly committed. Honest. I'm looking forward to future opportunities to team up with Miki again."

### Nick Hislop

"Miki was my "point person" at Microsoft and was instrumental in developing the relationship between Microsoft and Gemalto (Gemplus, at the time). He was diligent and highly responsive and enabled a valuable technical / business relationship to become established in short order. It was a pleasure working with him."

8 people have recommended Miki

**Sign in to view**

---

## View Miki's full profile

See who you know in common

Get introduced

Contact Miki directly

**Sign in to view full profile**

---

## People also viewed

 **Desiree Dilworth**
Criminal Justice major seeking internships and full time work.
Oxford, MS

 **John Campbell**
Sr. Director of Program Management / Principal Program Manager
Seattle, WA



 **Miki Mullor** 

Vancouver, BC

 **Moshe Tagor**
Owner, M.M.Tagor
Israel

 **Jee Fung Pang**
Retired
Woodinville, WA

 **Naama Sheffer**
Managing Editor, the Journal of Israeli History at Tel Aviv University
Israel

 **FABIOLA ANDRADE**
Office manager en GEOTECHNIK AV Consultoria y Proyectos Ltda.
Chile

 **Dot Pentheny**
Retired
Bellevue, WA

 **Lance Vanetta**
Managing Director at Andersen Tax
Snohomish, WA

 **דורית צרפתי**
Project Manager at F.M.R computers and software
Israel

Show more profiles ⌄

## Others named **Miki Mullor**

 **Miki Mullor**
Irvine, CA

1 other named Miki Mullor is on LinkedIn

See others named **Miki Mullor**

 Miki Mullor



 **Miki Mullor**
Retired

Reichman University (IDC Herzliya)

View profile

Linked **in**

**View profile badges**

© 2021

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines