# Exhibit C

The Wayback Machine - https://web.archive.org/web/20090225095655/http://ancoratech.com:80/management.htm

**Can You Chip In?**

They're trying to change history—don't let them. The Wayback Machine is a crucial resource in the fight against disinformation, and now more than ever we need your help. Right now we're preserving history as it unfolds, keeping track of who's saying what and when—all without charging for access, selling user data, or running ads. Instead, the Internet Archive (which runs this project) relies on the generosity of individuals to help us keep the record straight.

**We don't ask often, but right now, we have a 2-to-1 Matching Gift Campaign, tripling the impact of every donation.** If each of our users gave just $10, we could end this fundraiser today—so if you find all these bits and



| HOME | CHALLENGE | SOLUTION | TECHNOLOGY | ABOUT YOU | ABOUT US |

- Contact
- News
- Management
- Patent Trial Latest
- Patent Trial Docket

## Management

**Miki Mullor, Chairman and Founder**

Miki Mullor has over fifteen years of experience in the software industry in a variety of role. Most recently, Miki worked for Microsoft Corporation as a Sr. Business Development Manager in Windows' Strategy and M&A group and as a program manager in Windows Security where he was in charge of the development of Windows Smart card Framework. Before joining Microsoft, Miki was the founder and CEO of Ancora Technologies, leading Ancora's product strategy and IP development.  Before Ancora, Miki held several engineering management roles in start-up companies, such as Blue Pumpkin Software, Startacare Inc. and Hiho Technologies.  Before moving to the US in 1998, Miki ran a software consulting business in Israel, his homeland. Before that, Miki served in the Israeli Military Intelligence.

Miki holds a LL.B law degree from an Israeli private university.

**Alberto Saavedra, President**

Al Saavedra has participated in all phases of a computer industry startup, from garage to a NASDAQ IPO. Al has held numerous management positions such as VP of Strategic Planning at Micro Integration, Director of International Sales at Vision Solutions, VP of Research and Development at Automated Training Systems, CEO at Debates.com, Executive VP at Fax*Star and Computer Lab and VP of Sales and Marketing at Universal Software. Early on Alberto was responsible for Property Management Systems at Hilton International in his capacity as Assistant DP Director. Alberto holds a BS in Engineering Management from the Air Force Academy and an MBA from Colorado State University.

Ancora Technologies Inc.

Legal | Sitemap