# Exhibit D

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| ANCORA TECHNOLOGIES INC. | | 2020 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 3870018 | 2004/10/20 | |

PRINCIPAL PLACE OF BUSINESS  
23977 SE 10TH ST  
SAMMAMISH, WA 98075

PHONE NUMBER  
(949)929-6454

REGISTERED AGENT  
HARVARD BUSINESS SERVICES, INC.  
16192 COASTAL HWY  
LEWES DE  19958

AGENT NUMBER  
9020245

| AUTHORIZED STOCK BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 2011/02/25 | | COMMON | 1,000 | .0001000000 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| MIKI | MULLOR | 23977 SE 10TH ST<br>SAMMAMISH, WA 98075 | PRESIDENT |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | |
|---|---|---|---|
| MIKI | MULLOR | 23977 SE 10TH ST<br>SAMMAMISH, WA 98075 | |

NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)  
MIKI  MULLOR  
23977 SE 10TH ST  
SAMMAMISH, WA 98075 US

DATE  
2021/01/17

TITLE  
PRESIDENT