# Exhibit E

23977 SE 10th St



Image capture: Jun 2018     © 2021 Google

Sammamish, Washington

Google

Street View - Jun 2018

