# Exhibit G




# About EA

We Exist to Inspire the World to Play

Join Us

Investors

Press

Electronic Arts

## Founded
1982

## Ownership
Public

## Global Headquarters
Redwood City, California

## Background
Electronic Arts Inc. is a global leader in digital interactive entertainment. EA develops and delivers games, content and online services for Internet-connected consoles, mobile devices and personal computers. EA has more than 450 million registered players around the world.

## What We Do
In fiscal year 2021, EA posted GAAP net revenue of $5.6 billion. Headquartered in Redwood City, California, EA is recognized for a portfolio of critically acclaimed, high-quality brands such as EA SPORTS™ FIFA, Battlefield™, Apex Legends™, The Sims™, Madden NFL, Need for Speed™, Titanfall™ and F1™.

## Address
Electronic Arts Inc. 209 Redwood Shores Parkway Redwood City, CA 94065

 **Electronic Arts**  

country, then this Agreement is between you and EA Swiss Sàrl, Place du Molard 8, 1204, Geneva, Switzerland (CH-660-2328005-8).



Executives →



Board of Directors →







## CREATIVITY

Striving to bring imagination, original ideas, and excitement to everything we do.

 Electronic Arts  

Acting with the curiosity and courage that it takes to experiment, innovate and lead.



## PASSION

We are at our best when we pursue what we love, and have fun doing it.





## DETERMINATION

Bringing focus, drive and conviction to our actions. Thriving on the journey, and being motivated to achieve excellence.



## LEARNING

Listening, having humility and being open to new ways of thinking. Challenging ourselves to grow and change as a company.





## TEAMWORK

Committed to each other, and to the accountability and integrity it takes to be a successful global team.



**Impact Report**
2021

Download PDF



Electronic Arts

# POSITIVE PLAY

We need your help to make a community we all want to be part of.

Read More

Electronic Arts



# LEARN HOW TO JOIN OUR ONE TEAM

Explore Careers at EA

Impact Report

