# Exhibit H

| Home | My Favorites | Lists | Employers by Major | Employ Veterans | Locations | Blogs |

# Micromedia Systems, Inc.

Action ▾

## Contact Information

**Micromedia Systems, Inc.**
119 Crescent Ave
Sunnyvale, CA 94087

**Contact:** Lye Ooi
**Title:** President
**Phone:** (408) 980-8588
**Website:**

**Micromedia Systems, Inc. is the only company located at 119 Crescent Ave, Sunnyvale, CA 94087**

## Map

## Business Description

Micromedia Systems, which also operates under the name Hitron Systems, is located in Sunnyvale, California. This organization primarily operates in the Computers and Accessories, Personal and Home Entertainment business / industry within the Wholesale Trade - Durable Goods sector. This organization has been operating for approximately 29 years. Micromedia Systems is estimated to generate $273,566 in annual revenues, and employs approximately 6 people at this single location.

**Sector:** Wholesale Trade - Durable Goods
**Category:** Computers, Peripherals, and Software
**Industry:** Computers and Accessories, Personal and Home Entertainment Personal Computers
**SIC Code:** 5045, 5734
**NAICS Name:** Computer and Computer Peripheral Equipment and Software Merchant Wholesalers, Electronics Stores
**NAICS Code:** 423430, 443142

**Name:** Micromedia Systems, Inc.
**Year Founded:** 1992
**Engaged In:**
☐ Manufacturing
☐ Importing
☐ Exporting

**Location Type:** Single
**Revenue:** $ 273,566
**Employees Here:** 6
**Facility Size:** 3,000 sqft

*Revenue & Employees are estimates*

Case 6:21-cv-00735-ADA Document 23-8 Filed 11/23/21 Page 3 of 6



Copyright © 2021 Buzzfile Media LLC. All Rights Reserved.
45 Broadway, Ste 1420, New York, NY 10006

| | |
|---|---|
| 9.0 % | Hispanic |
| 1.9 % | Black |
| 46.4 % | Asian |
| 0.7 % | Native American |
| 0.6 % | Hawaiian |
| 4.2 % | Other |

**Population**
54,293

**Median Age**
38.8

| Female | Male | Female | Male |
|---|---|---|---|
| 50.8 % | 49.2 % | 39.3 | 38.3 |
| 27,588 | 26,705 | | |

**Employees & Yearly Growth Rates at This Location**



Employees at This Location                                                                                   Year-over-Year Growth

The information in this chart is primarily composed of estimated or modeled data

## Questions & Answers

**Q** **What are the annual sales for Micromedia Systems?**
**A** Micromedia Systems generates approximately **$273,566** in annual sales.

**Q** **Is there a key contact at Micromedia Systems?**
**A** **Lye Ooi** is the **President** at Micromedia Systems. You can contact Lye at **(408) 980-8588**.

**Q** **Is Lye Ooi the only contact you have for Micromedia Systems, Inc.?**
**A** On Buzzfile's **Professional (subscription) Service** we have 3 contacts for Micromedia Systems, Inc.

**Q** **How long has Micromedia Systems been in business?**



**Q** What is the phone number for Micromedia Systems?
**A** The phone number for Micromedia Systems is **(408) 980-8588**

**Q** How big is Micromedia Systems?
**A** Micromedia Systems is estimated to generate **$273,566** in annual revenues, employs approximately **6** people at this location. They occupy this facility which is approximately **3,000 square feet**.

Less ▲

**Business Contacts at Micromedia Systems, Inc.:**

2 total Contacts

This information is available to paying subscribers. **Click** to learn about our subscription plans.

## Similar Companies Nearby
(Industry participants & competitors)

| Name | Empl. | Dist. (mil) |
|---|---|---|
| Indigo 7 Co LLC | 7 | 1.7 |
| Lepow International LLC | 2 | 2.1 |
| Emerging Technology Bracket USA Inc | 3 | 3.6 |
| Sunrise Impex, LLC | 4 | 6.2 |
| Mitsui Chemicals America, Inc. | 4 | 6.3 |
| Foxconn/Hon Hai Logistics Texas, LLC | 29 | 6.5 |
| Sicon International Inc | 6 | 6.9 |
| Foxconn/Hon Hai Logistics Texas, LLC | 29 | 7.1 |
| Havatech Solutions | 1 | 7.4 |



| | |
|---|---|
| **Number of Properties** | <u>1,972</u> |
| **Number of Businesses** | <u>2,652</u> |
| **Number of Employees** | 9,512 |
| **Land Area (square miles)** | 6.583 |
| **Water Area (square miles)** | 0.000 |