# Exhibit I

11/22/21, 11:31 PM                           Macrovision Corp Company Profile | San Jose, CA | Competitors, Financials & Contacts - Dun & Bradstreet

Case 6:21-cv-00735-ADA   Document 23-9   Filed 11/23/21   Page 2 of 5

D&B Business Directory

# Macrovision Corp

## Overview

**Doing Business As:** Macrovision Corp

**Company Description:** Macrovision Corp is located in San Jose, CA, United States and is part of the Computer Systems Design and Related Services Industry. Macrovision Corp has 7 total employees across all of its locations and generates $84,821 in sales (USD). (Employees and Sales figures are modelled).

**Key Principal:** KENT D EISENBERG

**Industry:** Computer Systems Design and Related Services ,  Professional, Scientific, and Technical Services ,  Custom computer programming services

**See other industries within the  Professional, Scientific, and Technical Services:** Accounting, Tax Preparation, Bookkeeping, and Payroll Services ,  Advertising, Public Relations, and Related Services ,  Architectural, Engineering, and Related Services ,  Legal Services ,  Management, Scientific, and Technical Consulting Services ,  Other Professional, Scientific, and Technical Services ,  Scientific Research and Development Services ,  Specialized Design Services

**Popular Search:**

Computer Systems Design and Related Services        Professional, Scientific, and Technical Services

**Address:** 1358 Sierra Ave San Jose, CA, 95126-2644 United States

**Phone:** (408) 295-3739

**Employee (this site):** 7  |  **Employee (all sites):** 7

**Revenue:** $84,821

**Year Started:** 2011

# Contacts

Get in Touch with 1 Principals* and 3 Contacts

A D&B Hoovers Subscription is your foot in the door to Macrovision Corp contact information.

| KENT D EISENBERG | Chandrika Karanam | Danielle Gonzalez |
| --- | --- | --- |
| Principal | Employee | Hr Business Partner |

| Robin Ford |
| --- |
| Intellectual Property Paralegal |

# Financial Data

Dun & Bradstreet collects private company financials for more than 23 million companies worldwide. Find out more.

Get a D&B credit report on this company

Revenue in USD

ANNUAL REVENUE

$84,821 USD 

## Similar Companies Nearby

### Auto Flight Systems LLC

CUSTOM COMPUTER PROGRAMMING SERVICES

1315 Mariposa Ave, San Jose, CA

View Profile

### Cgc7 LLC

CUSTOM COMPUTER PROGRAMMING SERVICES

1330 Hanchett Ave, San Jose, CA

View Profile

### Bipedal Dog, LLC

CUSTOM COMPUTER PROGRAMMING SERVICES

1043 Garland Ave Unit C-522, San Jose, CA

View Profile

### Snapbrillia, Inc.

CUSTOM COMPUTER PROGRAMMING SERVICES

1043 Garland Ave Ste C # 764, San Jose, CA

View Profile

If Macrovision Corp is your company and you would like to remove it from the D&B Business Directory, please contact us.