# Exhibit J

About BAE Systems Inc. | BAE Systems | United States

# About BAE Systems in the United States

## About Us

BAE Systems, Inc. is the U.S. subsidiary of BAE Systems plc, an international defense, aerospace and security company which delivers a full range of products and services for air, land and naval forces, as well as advanced electronics, security, information technology solutions and customer support services.



The Edge Inside: Innovation a...

Headquartered in Falls Church, Virginia, BAE Systems, Inc. employs approximately 35,200 across its major operations in the United States, United Kingdom, and Sweden, and generated 2020 sales of $11.9 billion. BAE Systems, Inc. provides support and service solutions for current

About BAE Systems-Inc. | BAE Systems | United States

and future defense, intelligence, and civilian systems; designs, develops and manufactures a wide range of electronic systems and subsystems for both military and commercial applications; produces specialized security and protection products; and designs, develops, produces, and provides service support of armored combat vehicles, artillery systems, and munitions.

## BAE Systems, Inc. Headquarters

**BAE Systems, Inc. Headquarters (USHQ)**



Map data ©2021

📍 2941 Fairview Park Drive,
Falls Church, Virginia,
22042,
United States of America

📞 +1 571 461 6000

Directions

Case 6:21-cv-00735-ADA   Document 23-10   Filed 11/23/21   Page 5 of 5

**BAE SYSTEMS**

Accessibility | Terms & Conditions | Privacy | Sitemap | Cookie Settings

Copyright © 2021 BAE Systems. All rights reserved