# Exhibit K

  Join now   Sign in

Phoenix Technologies in Worldwide



## Phoenix Technologies
Computer Software

Campbell, CA · 3,157 followers

The original, independent firmware company

See jobs     Follow

View all 558 employees

## About us

Phoenix Technologies was the first independent firmware provider and has been pioneering firmware innovation since 1979 with nearly a billion units installed worldwide. Phoenix designs, develops, and secures firmware for a wide range of computing devices including computers, laptops, servers, IoT, and other advanced computing platforms and devices.

Phoenix has over 180 patents and copyrights in the firmware space and deep industry partnerships with companies such as Intel, AMD, Qualcomm, and Arm. Additionally, Phoenix participates in a broad spectrum of firmware and firmware security organizations such as the Unified Extensible Firmware Interface Forum (UEFI), the Trusted Computing Group (TCG), and the Internet Engineering Task Force (IETF).

Phoenix is headquartered in Silicon Valley (Campbell, CA) with a global presence and primary engineering teams based in the US and Taiwan.

| | |
|---|---|
| Website | https://www.phoenix.com |
| Industries | Computer Software |
| Company size | 201-500 employees |
| Headquarters | Campbell, CA |
| Type | Privately Held |
| Founded | 1979 |

# Products





### Phoenix FirmGuard

IT Asset Management Software

Phoenix FirmGuard gives IT and system administrators (SAs) the ability to remotely manage the Phoenix SecureSuite firmware security tools across all devices running Phoenix firmware or endpoints that have SecureSuite installed. This improves device management, device security, and overall cybersecurity by…

# Locations

**Primary**

Campbell, CA, US

Get directions

## Employees at Phoenix Technologies



**Ameet Dhillon**
Marketing and Business Development Executive

See all employees

## Updates

**Phoenix Technologies**
3,157 followers
11h

A joint cybersecurity advisory by a coalition of federal agencies warns of "ongoing malicious cyber activity" by known and unknown threat actors on U.S. Water and Wastewater Systems (WWS) Sector facilities.

Get the full story by CPO Magazine here: https://bit.ly/3m4amQA

Like     Comment     Share

**Phoenix Technologies**
3,157 followers
6d

AV systems, like all IT systems, are vulnerable to attacks that could compromise the proper functioning of the vehicle and have deadly consequences.

Read the full Help Net Security article here: https://bit.ly/30nT7BG



Cybersecurity risks connected to AI in autonomous vehicles - Help Net Security...

https://www.helpnetsecurity.com

👍 1

Like                                  Comment                                 Share

**Phoenix Technologies**
3,157 followers
7d

App-based attacks like the #ColonialPipeline ransomware hack may capture headlines, but security pros know that cyber criminals aren't stopping with just application-based attacks and will continue to aim deeper into the heart of computing by targeting operating systems: firmware and hardware.

Read more here: https://bit.ly/3nacTJF

Working to Secure the Technology Supply Chain - From security-first design to…
nextgov.com

Like                                  Comment                                 Share

**Phoenix Technologies**
3,157 followers
2w

Have you downloaded our latest #ebook yet? We're covering Phoenix FirmCare - a #SaaS solution to #FirmwareUpdates 🔗 https://bit.ly/39y7xAb

**Phoenix FirmCare™: Firmware Security-as-a-Service - Maintaining firmware...**
https://www.phoenix.com

1

Like          Comment          Share

**Phoenix Technologies**
3,157 followers
2w

[Microsoft](#) is reporting that only 29% of company security budgets are designated to defend against #firmware attacks.

Is yours one of them? Keep reading the eye-opening below 👇
https://bit.ly/3bKZK3h

1

Like          Comment          Share

**Phoenix Technologies**
3,157 followers
2w

"#firmware vulnerabilities are on easy mode to exploit. It's essentially like traveling back in time—it's almost like the '90s again," says Jesse Michael, principal analyst at [Eclypsium, Inc.](#).  Keep reading the [Ars Technica](#) article here: https://buff.ly/3xYJrJ0

**A well-meaning feature leaves millions of Dell PCs vulnerable - Firmware…**
arstechnica.com

    Like                Comment                Share

**Phoenix Technologies**
3,157 followers
3w

In Microsoft's latest research, their team unpacked router #firmware and found three vulnerabilities that can be reliably exploited. 🤯

If this doesn't tell you to double-check your firmware ASAP, we don't know what will. 🤷‍♂️ Read more about it here: https://buff.ly/3y8GUMv

**Microsoft finds new NETGEAR firmware vulnerabilities that could lead to…**
https://www.microsoft.com/security/blog

2

    Like                Comment                Share

**Phoenix Technologies**
3,157 followers
3w

#Firmware threats are no longer theoretical. Organizations that don't take the steps needed to improve firmware security could face consequences.

Our #blogpost dives into the basics of firmware - and what it could cost you by not paying attention to it: https://buff.ly/3zb9SvX

**Firmware Security in the Age of Edge Computing** - Firmware security should be a...
https://www.phoenix.com

Like                     Comment                     Share

### Phoenix Technologies
3,157 followers
3w

If nothing else, COVID has shaped the way companies think about #cybersecurity and #cyberattacks. Keep reading other security changes now in place from **CSO Online** 👇 https://bit.ly/3atWk4c

**6 ways the pandemic has triggered long-term security changes** - With some...
csoonline.com

1

Like                     Comment                     Share

### Phoenix Technologies
3,157 followers
4w

#AutonomousVehicle firmware infiltration can give hackers access to critical components, allowing them to inflict serious damage — from overriding safety protocols to taking complete control.

Learn more about the foundations of #firmware security here:
https://bit.ly/3lkGyyM

3

Like    Comment    Share

## Similar pages


**Phoenix Technologies**
Information Technology and Services
Karachi, Sindh


**Phoenix Technology Services**
Oil & Energy
Calgary, AB


**Phoenix Technology Group**
Medical Devices
Pleasanton, CA


**Santera Technologies, Inc.**
Information Technology and Services

Show more similar pages ⌄

## Browse jobs

**Chief Of Staff jobs**
10,674 open jobs

**Computer Aided Design Engineer jobs**
7,931 open jobs

**Tax Accountant jobs**
73,610 open jobs

**SQL Developer jobs**
13,507 open jobs

**Developer jobs**
308,587 open jobs

**Estimator jobs**

20,992 open jobs

### Project Engineer jobs
83,787 open jobs

### Associate jobs
1,060,795 open jobs

### Engineer jobs
558,348 open jobs

### Associate Product Manager jobs
93,938 open jobs

Show more jobs like this ⌄

# Funding

Phoenix Technologies · 1 total round

### Last Round
Series unknown · Jun 17, 2010

## US$ 20.3M

Investors

 eSupport.com

See more info on crunchbase⧉

© 2021

Accessibility                              About

Privacy Policy                             User Agreement

Copyright Policy                           Cookie Policy

Guest Controls                             Brand Policy

Language                                   Community Guidelines