# Exhibit L

# IsraelBizReg

Home
Search
About
Contact

# ACTIVE CARD LTD



Name: **ACTIVE CARD LTD**
Location: **Hadera, Israel**
Registration Number: **514767060**

You can purchase information on **ACTIVE CARD LTD** in 4 formats. Basic, detailed, and full reports are ready within 12 - 36 hours. Legal & bankruptcy searches take 3 - 4 business days.

IsraelBizReg can provide a company registration, bankruptcy, legal, and other detailed information on ACTIVE CARD LTD, Hadera, Israel, registration number: 514767060. The report on ACTIVE CARD LTD (514767060) ready for you within 12 - 36 hours of your order. Legal & bankruptcy searches on ACTIVE CARD LTD can take up to 3 - 4 business days depending on the amount of results. Information on ACTIVE CARD LTD - (registration number: 514767060), can be purchased in the below formats.

## Legal & Bankruptcy Search

We will perform a legal search in a Hebrew language litigation database.

- Court Name
- Case Number & Type
- Date
- Plaintiff
- Defendant
- Case Details
- Status

In addition we will perform a bankruptcy check via the Ministry of Justice Database.

Please note that if results are found we will summarize up to the 3 most recent legal documents found where the company is named as a party. If there are more than 3 cases available to summarize we will consult with you to determine which cases you would like summarized.

## Basic

- Corporation Name
- Corporation Number
- Corporation Address
- Legal Status
- Legal Structure
- Registration Date
- Submittal Date of Last Annual Report
- Directors of the Corporation (Name, Position, Address, Appointment, Date, ID Number)
- Total Value of Registered Shares
- Distribution of Share Capital
- Shareholders (Name, Address, Appointment Date, ID Number, Number of Shares Held)

## Navigation

- Login

## Language



Select Language

## Shopping cart



View your shopping cart.



## Language

English
Chinese
German
French
Spanish

Buy Now $ 89

Buy Now $ 49

## Detailed

## Full

All items in the basic report plus:

- Lien Summary
- Lien Type (Bond, Pledge, Mortgage)
- Lien Dates (Creation & Release)
- Lender Companion Name
- Lender Companion ID Number
- Description of Pledged Assets
- Previous Company Names
- Status Changes
- Annual Report Filing History
- Current Items Under Consideration

All items in the basic report plus:

A complete record of all correspondence and official filings with the Israel Companies Authority. This information source can return hundreds of pages of valuable information such as detailed lien and bank financing documents, articles of incorporation, shareholder changes, mergers, and legal documents relating to liquidation or bankruptcy. Each order includes a consultation and an info sheet in English about all documents found.

Please note that this product mainly consists of original Hebrew language documents. A detailed index in English is provided as a guide; please view the sample for more information.

Buy Now $ 89

Buy Now $ 129

## Company Holdings Chart - Subsidiary Search

A chart showing all corporate holdings and subsidiary companies including ownership percentages and current status of each holding. See the sample file for more details.

Buy Now $ 39

## Other businesses you might be interested in

- RYST WATER 1999 LTD
- GLOBAL BRAIN DATABASES LTD
- ANDANTE MEDICAL DEVICES LTD
- A LEDER PULSE LTD
- LIZO INVESTMENTS & PROPERTIES LTD
- NEOTEC SCIENTIFIC INSTRUMENTATION LTD
- SGU THE MODERN INSTITUTE FOR THE HUMANITIES LTD
- AMOR EVENTS 1999 LTD
- EIN YAEL WATER AND SEWAGE PROCESSES LTD
- POLYGENE LTD