# Exhibit M

 Alberto Saavedra 



### Alberto Saavedra

Information Technology Project Manager, Business Developer

Los Angeles, California, United States · 500+ connections

Sign in to Connect

 Self-Employed

## Experience

 **IT, sustainability and startups consultant**
Self-Employed
Jan 2018 - Present · 3 years 11 months
Greater Los Angeles Area

 **Earth Accounting**
8 years 11 months

**Earth Accounting on Twitter**
Jan 2017 - Present · 4 years 11 months

**CEO**
Jan 2013 - Dec 2017 · 5 years

 Alberto Saavedra 

### US Business Development
ZeLoop

Mar 2020 - Oct 2021 · 1 year 8 months

Los Angeles, California, United States

### Account Manager
IMS International Management Systems

Apr 2014 - Aug 2015 · 1 year 5 months

Greater Los Angeles Area

### Regional Director
Hildebrando USA

Jan 2012 - Dec 2012 · 1 year

Greater Los Angeles Area

### VP of Sales - US
Quiterian

Mar 2011 - Dec 2011 · 10 months

### Sales Director
Systech Solutions

Jun 2005 - Mar 2011 · 5 years 10 months

### President
Ancora Technologies

Jun 2003 - Jun 2005 · 2 years 1 month

### CEO
Debates.com Inc.

Mar 1998 - Feb 2000 · 2 years

### Director of International Channels
Vision Solutions



Alberto Saavedra



### VP of Strategic Planning

Micro Integration

Mar 1992 - Mar 1994 · 2 years 1 month

### VP of Sales and Marketing

Universal Software

1989 - 1992 · 3 years

### Executive VP

Computer Lab International

Jan 1988 - Mar 1989 · 1 year 3 months

### VP of Research and Development

ATS - Automated Training Systems

Jan 1981 - Oct 1987 · 6 years 10 months

### Assistant Director of Data Services

Hilton International

May 1976 - Jan 1981 · 4 years 9 months

## Volunteer Experience

### Boad of Directors

California OneCare

Jan 2009

Health

Single payer is a no-brainer. California will lead.

## Licenses & Certifications

 Alberto Saavedra    

Knowledge(381 pages)

Issued Oct 2019

Credential ID 735280

See credential

### Scrum Master Certified (SMC)

VMEdu Inc.

Issued Oct 2019

Credential ID 737203

See credential

### Six Sigma Yellow Belt

VMEdu Inc.

Issued Oct 2019

Credential ID 704675

### Certificate in Data Processing

-

## Honors & Awards

### Certificate in Data Processing

Data Processing Management Association

1985

## Languages

### English
Native or bilingual proficiency

### Spanish
Native or bilingual proficiency



Alberto Saavedra



Full professional proficiency

### Italian
Limited working proficiency

### Portuguese
Elementary proficiency

## Recommendations received

### Jay Emerson
"Al Saavedra is one of the best leaders and managers that I have ever worked with in 30 years. Over more than 2 years, I depended upon Al and he never let me down. Al and I worked together during a very critical time in my career. I was leading a team that was building complex new data warehouse and Business Intelligence products for the casino industry. Al was my go-to-guy at Systech Solutions for the best technical talent. Al is a talented manager, an inspiring leader and a professional with great integrity."

### Jeffrey Dellinger, HCS
"I had the pleasure of supporting Alberto's recruiting requirements for Hilebrando's Westcoast growth and expansion. He's a hands on Senior Executive that was very involved in ensuring HIdebrando US hired A players. Alberto is a sold leader that focused on supporting his management team, leading multiple client and vendor relationships and driving revenue within the Microsoft solutions group. Alberto is a true leader with solid strategic experience, solutions sales expertise and deep LATAM knowledge, experience and always supported the talent acquisition organizational objectives."

6 people have recommended Alberto

Sign in to view

### View Alberto's full profile

11/22/21, 11:59 PM
Alberto Saavedra - CleanTech and startups consultant - Self-Employed | LinkedIn
Case 6:21-cv-00735-ADA Document 23-13 Filed 11/23/21 Page 7 of 9

 Alberto Saavedra 

Contact Alberto directly

Sign in to view full profile

## People also viewed


**Fabien CHUNG**
Co-Founder and CTO at ZeLoop
Montreal, QC


**Cait Lyddy**
--
United States


**Skylar Thomas**
Graduate student at Texas A&M University focusing in animation, computer graphics, STEAM education, and the art of inspiring.
Greater Houston


**Alex Gruenenfelder**
TEA NextGen
Los Angeles Metropolitan Area


**Yannick Lord**
Chief Technology Officer, Head of Product
Denver, CO


**Matteo Boffa**
President at Swiss Business Council Abu Dhabi | Forbes 30 under 30
Dubai, United Arab Emirates


**Alexander Bocanegra muñoz**
Supervisor de instalaciones en S&M Electronic Systems
Bogota, D.C.


**Mark Kreloff**
Managing Director at Bioenergy Devco
Santa Fe, NM

**Pradeep D**
Sr. RPA DEVELOPER

11/22/21, 11:59 PM
Case 6:21-cv-00735-ADA   Document 23-13   Filed 11/23/21   Page 8 of 9
Alberto Saavedra - Sustainability and startups consultant - Self-Employed | LinkedIn


Alberto Saavedra


Technical Advisor hos Miljøstyrelsen

Vejen

Show more profiles

## Others named **Alberto Saavedra**

### Alberto S.
LM Production Supervisor chez Cargill
France

### Alberto Saavedra
Sr. Manager, Select Support at Optum
Phoenix, AZ

### Alberto Saavedra
Propietario, Mexport, SA de CV
Mexico City

### Alberto Saavedra
Chief Technology Officer at Yuhu 🚀 We're Hiring!
Toronto, ON

761 others named Alberto Saavedra are on LinkedIn

See others named **Alberto Saavedra**

## Add new skills with these courses

**Microsoft Azure Synapse for Developers**

**Salesforce: Working with Apps**

**Salesforce: Einstein Analytics**

See all courses

 Alberto Saavedra 

### Alberto Saavedra
Information Technology Project Manager, Business Developer

IT, sustainability and startups consultant at Self-Employed

View profile

View profile badges

© 2021

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines