# Exhibit N

Case 6:21-cv-00735-ADA   Document 23-14   Filed 11/23/21   Page 2 of 7

 | Michael Sentovich | 



## Michael Sentovich

General Manager at PSG, a Dover company

Newport Beach, California, United States · 500+ connections

Sign in to Connect

  **PSG, a Dover company**

  **Harvard Business School**

## About

Results-oriented executive with over 20 years of executive business leadership experience. Strong team builder with expertise in product development, operations management, business development/sales, strategic planning and financial management. Leadership in plumbing, HVAC, building materials, telecom, and aerospace

## Experience

  **General Manager**
PSG, a Dover company
2020 - Present · 1 year

Grand Terrace, California, United States

 

| in | Michael Sentovich | |

2018 - 2020 · 2 years

Huntington Beach, CA



### Vice President, General Manager
Raypak, Inc

2008 - 2017 · 9 years

Californa



### Executive Vice President
Emerson Electric /ClosetMaid

2006 - 2008 · 2 years



### President
Do+Able Product/ClosetMaid

2005 - 2006 · 1 year



### VP of Business Development
Do+Able Products/ClosetMaid

2004 - 2005 · 1 year



### Consultant
Independent Management Consulting

2003 - 2004 · 1 year



### Director of Business Development
James Hardie Building Products

2001 - 2003 · 2 years



### Principal
PRTM

1995 - 2001 · 6 years



### Project Engineer
Hughes Aircraft Company

1990 - 1993 · 3 years

 Michael Sentovich 

## Education


### Harvard Business School
-

1993 - 1995

### Massachusetts Institute of Technology
MS · Mechanical Engineering

1987 - 1989

### University of California, Berkeley
BS · Mechanical Engineering

1983 - 1987

Activities and Societies: Sailing Team Captain

## Groups

### LinkedTo Emerson
-

### OCEAN - Orange County Executives And Networkers
-

### Lean Six Sigma
-

### Cal Alumni Association | UC Berkeley
-

### PDMA Product Development and Management Association
-

### HVAC Professionals

 Michael Sentovich 

Show 8 more groups

## View Michael's full profile

See who you know in common

Get introduced

Contact Michael directly

Sign in to view full profile

## People also viewed


**Chris Kersey**
Welder at PSG, a Dover company
Los Angeles Metropolitan Area


**Gilberto Diaz**
Senior Director Operations and Supply Chain at PSG, a Dover company
Grand Terrace, CA


**Danny Sanchez**
Toolmaker at PSG, a Dover company
Los Angeles Metropolitan Area


**Matt Hekman**
Engineering Manager at PSG, a Dover company
Yucaipa, CA


**Johnny Cortez**
Production Supervisor at PSG, a Dover company
Grand Terrace, CA


**Angel De Leon**
Inventory Clerk at PSG, a Dover company
Moreno Valley, CA



 Michael Sentovich 

Riverside, CA

 **Calvin Lee**
Inventory Lead at PSG, a Dover company
Moreno Valley, CA

 **Susan Bienduga**
Global Sourcing Manager at PSG, a Dover company
Grand Terrace, CA

 **Sidonie Lapointe, SPHR, SHRM-SCP**
Human Resources Director at PSG, a Dover company
United States

Show more profiles ⌄

## Others named **Michael Sentovich**

 **Mike and Barbara Sentovich**
Independent Aviation & Aerospace Professional
Los Alamitos, CA

1 other named Michael Sentovich is on LinkedIn

See others named **Michael Sentovich**

## Add new skills with these courses

 Microsoft Azure Rights Management: Protecting Data

 Aligning Sales and Marketing

 Marketing Attribution and Mix Modeling

See all courses



Michael Sentovich





**Michael Sentovich**

General Manager at PSG, a Dover company

General Manager at PSG, a Dover company

Harvard Business School

View profile

View profile badges

© 2021

About

Accessibility

User Agreement

Privacy Policy

Cookie Policy

Copyright Policy

Brand Policy

Guest Controls

Community Guidelines

Language