# Exhibit O

 Fred Fourcher 



# Fred Fourcher

CEO at Bitcentral

Newport Beach, California, United States · 500+ connections

Sign in to Connect

 Bitcentral, Inc.

## About

Bitcentral provides software solutions for the television broadcast industry. Our software manages video from the camera to air with tools for acquisition, production, management and distribution of news, programming and advertising.

At Bitcentral we have a deep belief in simplifying the complex while providing a great customer experience. We build the industry's most streamlined production and distribution system that is feature rich and intuitive to use. Mr. Fourcher has spent over 20 years refining the organization to deliver exceptional products, service and support making it #1 in the industry for Television News Production systems.

## Experience

**Bitcentral, Inc.**
34 years

 Fred Fourcher 

### Chairman

Oct 2021 - Present · 2 months

Newport Beach, California, United States

### CEO

1987 - Oct 2021 · 34 years

Newport Beach, California

Over the last couple decades I have focused on changing television industry by simplifying complex production systems and enabling workflows that were never before possible. In 1987, I started the predecessor company Miralite Communications which built large satellite dishes and networks for broadcast content distribution and distance learning. Recognizing the opportunity to offer voice and data services between Russia and the US, in 1992 Miralite Communications created a spin-off called…

Show more



### President

Direct Net

Feb 1992 - Mar 1995 · 3 years 2 months

Newport Beach, CA

## Licenses & Certifications

 **Private Aircraft Pilot - Instrument**
Federal Aviation Administration
Issued May 1987

## Honors & Awards

**Emmy Award**
The National Academy of Television Arts and Sciences
Apr 2016
Bitcentral's development and standardization of the Media Object Server (MOS) Protocol

 Fred Fourcher 

Aircraft Owners and Pilots Association

Nov 2008

The most significant contribution to aviation by an individual

## Groups

 Chairman of the Board (TGL)

 Marketing, Media and Advertising Professionals

 Media & Marketing Professionals Worldwide

 Television Broadcast Technologies

 Broadcast Media Technologies

 International Association of Digital Marketing Professionals (IADMP)

Show 6 more groups

### View Fred's full profile

- See who you know in common
- Get introduced
- Contact Fred directly

 Fred Fourcher 

## People also viewed


**Roy Dekel**
CEO of SetSchedule
Irvine, CA


**Doug Lawson**
CEO at ThinkIQ
Mission Viejo, CA


**Sam Peterson**
COO for Bitcentral. Supporting over 1,000 media operations with industry-leading technology solutions and 24/7/365 support.
Newport Beach, CA


**Nicolaas Verheem**
Oscar® & Emmy® Award winning Technologist, Senior Executive, Entrepreneur, Investor
Irvine, CA


**Eric Thaiss**
Senior Director Sales at Bitcentral. Software Sales. Broadcast & Digital Biz Dev. Helping Orgs Maximize Their Content
Marietta, GA


**Joseph Lee**
Chairman at MEZMO Corp dba InnoCaption
Buena Park, CA


**Jay Zhao**
Founder & CEO at GoGoSonic
Irvine, CA

**Patrick Johnson**
President & Chief Executive Officer at Celluma by BioPhotas
Santa Ana, CA

**Cheri Tree**
Founder, Chairman, & CEO at Codebreaker Technologies, LLC
Laguna Beach, CA

**Vince Spinnato**

 Fred Fourcher 

Show more profiles

# Fred's public profile badge

Include this LinkedIn profile on other websites

> **Fred Fourcher**
> CEO at Bitcentral
>
> Chairman at Bitcentral, Inc.
>
> View profile

View profile badges

© 2021                                    About
Accessibility                             User Agreement
Privacy Policy                            Cookie Policy
Copyright Policy                          Brand Policy
Guest Controls                            Community Guidelines
Language