# Exhibit R

Case 6:21-cv-00735-ADA Document 23-18 Filed 11/23/21 Page 2 of 10

 Martin Hellman 



# Martin Hellman

Professor Emeritus at Stanford University

Stanford, California, United States · 500+ connections

Sign in to Connect

 **Stanford University**

 **New York University**

# Activity

The conflict in Ukraine is one of the most dangerous in the world, with potential to escalate out of control like Sarajevo 1914 or Cuba 1962. But


 Martin Hellman 



**Re my last post: So we need to be careful when people cite the original Constitution and see if it still makes sense. The "three-fifths rule" and…**

Posted by Martin Hellman



**Harvard law prof argues convincingly that the 1787 US Constitution enshrined slavery and the "father of the modern US Constitution" is Abraham…**

Shared by Martin Hellman

Sign in to see all activity

## Experience

 Martin Hellman 

Jul 1971 - Present · 50 years 5 months

### Assistant Professor

Massachusetts Institute of Technology (MIT)

Sep 1969 - Jul 1971 · 1 year 11 months

## Education

### New York University

Bachelor of Engineering (BE) · Electrical Engineering

1962 - 1966

### Bronx High School of Science

Diploma · NA

1959 - 1962

Activities and Societies: Electrical Engineering

## More activity by Martin

**When China seethes over Taiwan moving toward declaring independence, we see it as meddling. China sees it in reverse. Our own Civil War is still a…**

Shared by Martin Hellman

 Martin Hellman 

Here's a very informative article on Ukraine — and risks of a major crisis with nuclear overtones: https://lnkd.in/gu7ZJ3Ty

Shared by Martin Hellman

More evidence for my 8/16 post: The 3-star in charge of the Afghan war effort under Bush and Obama said, "We were devoid of a fundamental…

Shared by Martin Hellman

Re my last post, a 1993 article in a major British paper portrays Osama bin Ladin in glowing terms. He says "rubbish" to claims that he is training…

Shared by Martin Hellman

Most accounts of our mistakes in Afghanistan go back to at most 2001, but the real problem started in the 1980s when we helped create the Taliban and




Martin Hellman

**Regime change didn't work in Vietnam,* Iraq, or Libya … or Afghanistan. To prevent repeating this disaster yet again, we need to learn from our…**

Shared by Martin Hellman

**Relative to my last post, Korean expert Robert Carlin said: "[The US] focused on denuclearization … [but was] all but silent on what steps [it] was…**

Shared by Martin Hellman

**The 3-star in charge of the Afghan war effort under Bush and Obama said, "We were devoid of a fundamental understanding of Afghanistan — we didn't…**

Shared by Martin Hellman

 Martin Hellman 

Shared by Martin Hellman

JFK's 1962 Yale commencement address explains why we need to rethink national security: "the great enemy of truth is very often not the lie … but the…

Shared by Martin Hellman

## View Martin's full profile

See who you know in common

Get introduced

Contact Martin directly

Sign in to view full profile

## People also viewed


**Lei Stanley Qi**
Assistant Professor of Bioengineering, Stanford University
Stanford, CA


**Shafi Goldwasser**
Professor at MIT
Cambridge, MA


**Michael Stonebraker**
professor at MIT
Cambridge, MA

 Martin Hellman 

Greater Chicago Area


### Shafi Goldwasser
Professor at mit/weizmann

Cambridge, MA


### Whitfield Diffie
.

Redwood City, CA


### Alon Rosen
Professor

Israel


### Leslie Lampart
--

United States


### Leslie Lampert
--

United States


### Leslie Lamport
--

United States

Show more profiles

## Others named **Martin Hellman**

### Martin Hellman
Freight Forwarder at Geodis

Greater Jonkoping Area

### Martin Hellman
Oak Ridge Surety understands the needs of its customers and has built itself to be responsive, flexible and focused on satisfying the unique requirements for each of our clients.

West Chester, PA

### Martin Hellman
Sales Director Nordics at EHRAB

Gothenburg



Martin Hellman



10 others named Martin Hellman are on LinkedIn

See others named **Martin Hellman**

## Add new skills with these courses

Python Statistics Essential Training

Apache PySpark by Example

Certified Analytics Professional (CAP) Cert Prep: Domains 1–4

See all courses

## Martin's public profile badge

Include this LinkedIn profile on other websites

> **Martin Hellman**
>
> Professor Emeritus at Stanford University
>
> Professor Emeritus at Stanford University
>
> New York University
>
> View profile

View profile badges

© 2021

Accessibility

Privacy Policy

About

User Agreement

Cookie Policy

 Martin Hellman 

Language