# Exhibit T

 

Joseph Kulinets



## Joseph Kulinets

VP Engineering at Custom One Design

North Andover, Massachusetts, United States · 4 connections

Sign in to Connect

 Custom One Design

 Belarusian State University of Informatics and Radioelectronics

## Experience


**VP Engineering**
Custom One Design


**Director of Digital Design**
Software Secuirty
1990 – 1996 · 6 years

## Education

 Belarusian State University of Informatics and Radioelectronics



Joseph Kulinets



## View Joseph's full profile

- See who you know in common
- Get introduced
- Contact Joseph directly

Sign in to view full profile

## People also viewed



**Irina Kulinets, Ph.D., RAC, CQE**
Board Certified in Medical Affairs. SVP of WW Regulatory, Clinical Research, and Quality at MicroVention Inc, Terumo
Orange County, CA



**Olga Kolman MD**
Healthcare Strategy Professional
Boston, MA



**Kevin C.**
San Francisco, CA

## Others named **Joseph Kulinets**



**Joseph Kulinets**
Brookline, MA

1 other named Joseph Kulinets is on LinkedIn

See others named **Joseph Kulinets**

## Joseph's public profile badge

Case 6:21-cv-00735-ADA   Document 23-20   Filed 11/23/21   Page 4 of 4

 Joseph Kulinets 

**Joseph Kulinets**
VP Engineering at Custom One Design

VP Engineering at Custom One Design

Belarusian State University of Informatics and Radioelectronics

View profile

View profile badges

© 2021                                          About

Accessibility                                   User Agreement

Privacy Policy                                  Cookie Policy

Copyright Policy                                Brand Policy

Guest Controls                                  Community Guidelines

Language