# Exhibit U

 **Linked**in

Laszlo Elteto





...

## Laszlo Elteto

Sr. Principal Software Engineer at Raytheon

Irvine, California, United States · 288 connections

Sign in to Connect

 **Raytheon Technologies**

 **Eötvös Loránd University**

## About

Security research; security software architecture, design and development

Specialties: crypto, high assurance software
software security, anti-debugging / obfuscation techniques, software protection technologies,
security consulting
FIPS-140, Common Criteria, Cryptoki, MS CAPI, patent prosecution

## Experience

 **CISSP, Sr. Principal Software Engineer**
Raytheon Technologies
Dec 2012 - Present · 9 years

 **Linked** in

Laszlo Elteto



high assurance software development

### CISSP, Senior System Architect

SafeNet, Inc.

Apr 2004 - Dec 2012 · 8 years 9 months

security research and devlopment, security consulting
member of the company's CTO Office
Microsoft Most Valuable Professional

### member

Trusted Computing Group

1996 - 2012 · 16 years

actively participated in TCG workgroups

## Rainbow Technologies

9 years 3 months

### Fellow Scientist

Jan 2000 - Mar 2004 · 4 years 3 months

security research and development

### Software Scientist

Jan 1998 - Dec 1999 · 2 years

security research and development

### Manager, Software Engineering

Jan 1995 - Dec 1997 · 3 years

managing software design and development

### Senior Software Developer

Software Security

Jun 1992 - Dec 1995 · 3 years 7 months

developing security software

### President

EltSOFT GMK

   Laszlo Elteto

private company)

## Education

### Eötvös Loránd University

Diploma with distinction (equivalent: MS) · Applied Mathematics

1975 - 1981

Applied Mathematics (Masters Degree)

## Licenses & Certifications

### Certified Information Systems Security Professional (CISSP)

$(ISC)^2$

Issued Nov 2003

See credential

## Patents

### System and methods for detecting rollback

Issued August 4, 2015 · United States · 9,098,676

In an embodiment of a method of and system for detecting rollback of usage data, the usage data is recording in a database. A sequence value in the database is repeatedly advanced. A copy of the sequence value is repeatedly saved to protected storage. The copy of the sequence value in the protected storage is compared with the sequence value in the database, and it is determined whether the result of the comparison is consistent with normal operation of the database since the previous save to...

Show more

See patent

### Locking changing hard disk content to a hardware token

Laszlo Elteto   

includes updating a state of a software program on a computing device to an updated state. Transmitting an update signal from the software program to a hardware token coupled to the computing device and updating a state of the hardware token to an updated state in response to the received update signal. Performing a first cryptographic check using the updated state of the software program and the updated state...

Show more

Other inventors

See patent

## Secure authentication using hardware token and computer fingerprint

Issued March 5, 2013 · United States · 8,392,978

A method and apparatus for secure authentication of a hardware token is disclosed. In one embodiment, a host computer fingerprint is used to generate a partial seed for a challenge-response authentication which is performed on the hardware token. In another embodiment, the host computer fingerprint is used as a personal identification number for the hardware token.

Other inventors

See patent

## Protecting guest virtual machine memory

Issued November 6, 2012 · United States · 8,307,169

A hypervisor runs on a host computer system and defines at least one virtual machine. An address space of the virtual machine resides on physical memory of the host computer system



| in | Laszlo Elteto |  |

computer system corresponding to parts of the address space of the virtual machine to a locked state in which those parts can be...

Show more

See patent

## Database obfuscation system and method

Issued February 14, 2012 · United States · 8,117,221

A system and method for obfuscating a database's schema while preserving its functionality by modifying the original table names, column names, table order, column order, and/or data character set such that the standard order of the original characters is maintained.

Other inventors

See patent

## Secure authentication using hardware token and computer fingerprint

Issued November 22, 2011 · United States · 8,065,718

A method and apparatus for secure authentication of a hardware token is disclosed. In one embodiment, a host computer fingerprint is used to generate a partial seed for a challenge-response authentication which is performed on the hardware token. In another embodiment, the host computer fingerprint is used as a personal identification number for the hardware token.

Other inventors

See patent

## Secure authentication using hardware token and computer fingerprint



Laszlo Elteto



embodiment, a host computer fingerprint is used to generate a partial seed for a challenge-response authentication which is performed on the hardware token. In another embodiment, the host computer fingerprint is used as a personal identification number for the hardware token.

Other inventors

See patent

## Boot-up and hard drive protection using a USB-compliant token

Issued February 26, 2008 · United States · 7,337,323

A method and apparatus for booting a computer. The method comprises the steps of emulating a floppy disk drive communicatively coupled to a computer in a token via a USB-compatible interface, and booting the computer using the token. The apparatus comprises means for performing these functions, including a token with a processor having one or more memories storing processor instructions and data for performing the method steps. The memory may also securely store sensitive data.

Other inventors

See patent

## Software protection method utilizing hidden application code in a protection dynamic link library object

Issued January 15, 2008 · United States · 7,320,075

A system and method in which the operating system of the user computer loads the software application and a DLL having a portion of the application execution code stored therein into memory is disclosed. At selected points during its execution, the software application calls the

 **Linked** in    Laszlo Elteto        

security device and not in the...

Show more

Other inventors

See patent

## Secure IR communication between a keypad and a token

Issued September 11, 2007 · United States · 7,269,844

A device that secures a token from unauthorized use is disclosed. The device comprises a user interface for accepting a personal identifier, a processor, communicatively coupled to the user interface device, and a token interface. The token interface includes a token interface IR emitter that produces an IR signal having information included in the PIN. The token IR emitter is coupled to the processor and is further communicatively coupled to a token IR sensor when the token is physically...

Show more

Other inventors

See patent

## Method and apparatus for software protection via multiple-route execution

Issued August 28, 2007 · United States · 7,263,606

A method, apparatus, and article of manufacture for protecting a shelled computer program with a startup code featuring multiple-route execution. In one embodiment, the startup code comprises a sequence of tasks, collectively executing a startup code, wherein one or more of the

 | Laszlo Elteto | 

See patent

## Token for storing installation software and drivers

Issued May 22, 2007 · United States · 7,222,240

A "dual" personal key/token is disclosed. The "dual" personal key is useful for installing drivers and other command interfaces which allow the personal key to be coupled to and used with a host computer. In a first embodiment, the personal key operates as a USB hub, and reports two devices, a storage device and a personal key, to the host computer. In a second embodiment presents a single device, and different portions of the personal key are activated as required.

See patent

## USB hub keypad

Issued September 19, 2006 · United States · 7,111,324

A method and apparatus for securing a token from unauthorized use is disclosed. The method comprises the steps of receiving a first message transmitted from a host processing device and addressed to a PIN entry device according to a universal serial bus (USB) protocol; accepting a PIN entered into the PIN entry device; and transmitting a second message comprising at least a portion of the first message and the PIN from the PIN entry device to the token along a secure communication path. In...

Show more

Other inventors

See patent

## Method of software protection using a random code generator

Issued October 8, 2002 · United States · 6,463,538

The computer-based software protection systems are provided using methods that improve the protection of vendor's software against unauthorized use. A code generator generates randomized protection code, which is then used to protect the application software. Because the

 Laszlo Elteto 

present invention also randomize...

Show more

See patent

## Apparatus and method for preventing theft of computer devices

Issued April 6, 1999 · United States · 5,892,906

Apparatus and method for discouraging computer theft. The apparatus and method requires that a password or other unique information be supplied to the computer before the computer BIOS routines can be completely executed. A BIOS memory storing the BIOS routines includes a security routine which will determine whether or not the required password entered by the user, or a known quantity read from an externally connected memory device is present. The security function stored within the BIOS...

Show more

Other inventors

See patent

## Method of metering and protecting computer software

Issued October 20, 1998 · United States · 5,826,011

A method of protecting computer software on installation is provided by providing an installation media containing an installation program supplied to the user along with an hardware security electrical device (HSED). The HSED must be connected to the user's computer before the software from the installation media can be entered on the user's computer. The HSED contains a variety of secret installation data which is used to install a program to be protected. In general the secret installation...

Show more

Other inventors



Laszlo Elteto



See patent

## Method and system for secure distribution of protected data using elliptic curve systems

Issued April 7, 1998 · United States · 5,737,424

A method and system for secure distribution of protected data using elliptic curve systems includes a program to unlock software. The user obtains an encrypted unlocking code from a processing center and enters it into the unlocking program, which decrypts the message, yielding the unlocking code, then uses the unlocking code to unlock the software. To encrypt the unlocking code, the processing center selects an appropriate unlocking code using information received from the user, selects an...

Show more

Other inventors

See patent

## Method of software distribution protection

Issued August 9, 1994 · United States · 5,337,357

A method is provided for protecting distributed software which relies on a unique factor such as an accessible serial number or the generation of a profile or fingerprint of the computer of the user which is entered individually and/or with a random factor to generate a unique first key which will differ for different computers. The first key is sent to a processing center which then generates a second key. The user applies the second key which compares the unique and/or random factors. If the...

Show more

Other inventors

 **in**    Laszlo Elteto    

See patent

## Languages

### Hungarian
Native or bilingual proficiency

### English
Full professional proficiency

## Groups

### Raytheon Professionals, Past & Present
-

### Marathoners
-

### Information Security Community
-

## Recommendations received

### Bill Snyder

"I have worked closely with Laszlo since I arrived at SafeNet. He is one of the brightest people I've worked with anywhere. A wall full of patents attests to his ability to apply his vast theoretical knowledge to many practical applications. Laszlo represents these inventions in accessible documentation then very quickly creates top quality software. His

 | Laszlo Elteto 

he is the most knowledgeable person on the team. I have learned a great deal working with Laszlo."

### Michael Cochran

"I have worked with Laszlo for nearly 5 years. He is one of the brightest security engineers I have known. His knowledge base is outstanding. He work well in the theoretical realm participating in and driving standard committees and he knows how to get down in to the details writing code and perform code reviews. He is a professional in every sense of the word."

2 people have recommended Laszlo

**Sign in to view**

## View Laszlo's full profile

See who you know in common

Get introduced

Contact Laszlo directly

**Sign in to view full profile**

## People also viewed

### Bill Snyder
Principal Software Engineer
Mission Viejo, CA

### David Nguyen
Engineering Manager at Dealpath
Portland, OR

### Pratibha Meena



Laszlo Elteto



Satish Chaturvedi

Senior Assembly Integration and Release Management at ASML

Eindhoven

**Andrea Weuffen**

Expert Automotive Camera bei ZF Group

Ulm

**Deepak Prasad**

Connecting People, Business and Systems For Extraordinary Success

Noida

**Pratyush Kumar**

Technology | Leadership | Director, SW Dev @Adobe

New Delhi

**Niraj Sharma**

TÜV SÜD certified Functional Safety Engineer ISO26262 | AUTOSAR Classic | Certified ScrumMaster®
(CSM®) | PRINCE2®

Szczecin Metropolitan Area

**Ankit Sharma**

| Looking for Java full stack developer role | | Core Java | Spring-boot | Html | Css | JavaScript | Angular js |

New Delhi

**Anupam Malhotra**

Helping Insurers accelerate Software Product Adoption at Whatfix

Delhi, India

Show more profiles

# Add new skills with these courses

### CCSP Cert Prep: 5 Cloud Security Operations Audio Review

### Learning Cryptography and Network Security

### CompTIA Network+ (N10-007) Cert Prep: 5 Securing TCP/IP

 Laszlo Elteto                                                                              

# Laszlo's public profile badge

Include this LinkedIn profile on other websites

**Laszlo Elteto**
Sr. Principal Software Engineer at Raytheon

CISSP, Sr. Principal Software Engineer at Raytheon Technologies

Eötvös Loránd University

View profile

**View profile badges**

© 2021

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines