# Exhibit W

 

Marshall Abrams



## Marshall Abrams
Principal Scientist at MITRE Corporation

Silver Spring, Maryland, United States · 1 connection

**Sign in to Connect**

 **Annual Computer Security Applications Conference**

## Experience


**Treasurer**
Annual Computer Security Applications Conference
Mar 1985 - Present · 36 years 9 months


**Principal Scientist**
MITRE Corporation
Jan 1981 - Jan 2017 · 36 years 1 month

## View Marshall's full profile

See who you know in common

 Marshall Abrams 

Sign in to view full profile

## People also viewed


**Keith Stouffer**
Project Manager, Cybersecurity for Industrial Control Systems at National Institute of Standards and Technology (NIST)
Monrovia, MD


**Adam Hahn**
Lead Critical Infrastructure Security Engineer at The MITRE Corporation
Cincinnati, OH


**Suzanne Lightman**
Senior Information Security Advisor at National Institute of Standards and Technology
Washington, DC


**Barbara Mueller**
Systems Security Engineering Fellow, CISSP-ISSEP
Greater Tucson Area


**Ron Ross**
Cybersecurity, Systems Security Engineering, Risk Management
Columbia, MD


**Chintan Gurjar**
Security Engineering Manager at Tesco | Threat Hunting & Intelligence | Vulnerability Management | OSCP, CTIA, CEH, CCFH, CCFA
London


**John Christmas**
CrossFit L1 Trainer/ Personal Trainer/ Small Group Instructor
Richmond, VA


**Terri Paterson**
Applications now open for CyberSecurity Awards 2021
United Kingdom


**Christopher Zell, CISSP, Veteran**
CISO @ Wendy's

 Marshall Abrams 

 Teacher at Norman Public
Norman, OK

Show more profiles

## Others named Marshall Abrams



**Marshall Abrams**
Regional Business Manager - South at Chobani
Charlotte, NC

**Katelyn Marshall Abrams**
Counsel at Great American Insurance Group
Cincinnati Metropolitan Area

**Marshall Abrams**
Marshall Abrams at Appalachian State University
Charlotte, NC

**Marshall Abrams**
retired at no affilaition
Goleta, CA

7 others named Marshall Abrams are on LinkedIn

See others named **Marshall Abrams**

## Marshall's public profile badge

Include this LinkedIn profile on other websites

---

**Marshall Abrams**
Principal Scientist at MITRE Corporation

Treasurer at Annual Computer Security Applications Conference

View profile

---

View profile badges



Marshall Abrams



| | |
|---|---|
| Accessibility | User Agreement |
| Privacy Policy | Cookie Policy |
| Copyright Policy | Brand Policy |
| Guest Controls | Community Guidelines |
| Language | |