# Exhibit X



## About

Seasoned and highly versatile semiconductor architect with a strong passion for the next cutting edge.
HPC, multimedia, storage, security, cellular, autonomous automotive, neural networks.
Proven track for bringing innovative ideas from inception all the way into silicon and mass market
Great team player with strong leadership qualities
Great product marketing skills both inbound and outbound
Gets things defined, designed and done in engineering/R&D

Specialties:
SoC ASIC very high performance and low power design
HW SW partitioning and interfaces
NVMe client/enterprise SSD controllers
Audio and video processing
System security, data protection
Computer vision, neural networks
Automotive
Functional safety
Beer
Mountain biking

 Julian Vlaiko 



**Great progress by our partner Vueron 1+1 seems to be a lot** 🤭
Liked by Julian Vlaiko

**I am Hiring!! Looking for Silicon IP experts, who can make real impact to WDC products. Role provide exposure to most advance IPs including latest…**
Liked by Julian Vlaiko

זו החשבונית שהציגו לקשישה ניצולת שואה בת 95, האינסטלטורים סימון וסאלים ממטרי חיפה,

 

Julian Vlaiko

Join now to see all activity

## Experience



**Sr. Technologist**
Western Digital
Apr 2019 - Present · 2 years 6 months
Israel

## Patents

**Variable flux allocation within a LIDAR FOV to improve detection in a region**
Issued January 29, 2019 · United States · 10191156

See patent

**Parallel capturing of lidar frames at differing rates**
Issued October 28, 2018 · United States · 10107915

See patent

**VARIABLE FLUX ALLOCATION WITHIN A LIDAR FOV TO IMPROVE DETECTION IN A REGION**
Filed January 3, 2018 · United States

See patent

**PARALLEL SCENE SCANNING IN LIDAR USING A COMMON STEERABLE DEFLECTOR**
Filed January 3, 2018 · United States

See patent

**OPTICAL BUDGET APPORTIONMENT IN LIDAR**
Filed January 3, 2018 · United States

See patent

**DETECTOR-ARRAY BASED SCANNING LIDAR**

 Julian Vlaiko 

See patent

### PARALLEL CAPTURING OF LIDAR FARMES AT DIFFERING RATES
Filed January 3, 2018 · United States

See patent

### Methods Circuits Devices Assemblies Systems and Functionally Associated Machine Executable Code for Active Optical Scanning of a Scene
Filed January 3, 2018 · United States

See patent

### Methods Circuits Assemblies Devices Systems and Functionally Associated Machine Executable Code for Controllably Steering an Optical Beam
Filed December 29, 2016 · United States

See patent

### Methods Circuits Devices Assemblies Systems and Functionally Associated Machine Executable Code for Light Detection and Ranging Based Scanning
Filed December 29, 2016 · United States

See patent

### Efficient storage of error correction information in DRAM
United States · 8458572

### FAST WAKE-UP OF PCIe DIFFERENTIAL RECEIVERS USING COMMON MODE DECOUPLING CAPACITORS
United States · 20130268784

### Hierarchical data storage system
United States · 9405705

### Memory system including a controller and processors associated with memory devices
United States · 89924661

### Method of restricting software operation within a license limitation
United States · 6411941

### REDUCING PEAK CURRENT IN MEMORY SYSTEMS

 

Julian Vlaiko

REDUNDANT STORAGE IN NON-VOLATILE MEMORY BY STORING REDUNDANCY INFORMATION IN VOLATILE MEMORY
United States · 20120254694

Redundant data storage in multi-die memory systems
United States · 8572311

Redundant data storage schemes for multi-die memory systems
United States · 8677203

STEERABLE HIGH ENERGY BEAM
United States

See patent

TEMPERATURE BASED CONTROL IN LIDAR
United States · 20180143308

See patent

More activity by Julian

Meet #Grizzly, one of our cars in #SanFrancisco that our team is using to test and collect data with InnovizOne. Innoviz Technologies…
Liked by Julian Vlaiko

 

Julian Vlaiko



Your 5G phone is now going to enable you to do more, better - all because of a tiny piece of onboard NAND flash storage driving performance for rich…

Liked by Julian Vlaiko



Thank you Allen Root for the great article on Barron's. I will keep pushing to make the market understand better the LiDAR space. It won't take much…

Liked by Julian Vlaiko



This is what pride looks like!

Liked by Julian Vlaiko

 

Julian Vlaiko



Be part of the #AutonomousVehicle revolution and join our team! We are looking for highly motivated team player that are up for new…
Liked by Julian Vlaiko



A few months ago the Japanese main channel NHK filmed us and it was broadcasted last Friday on the International News Report on Spot Light show. A…
Liked by Julian Vlaiko

Immersive and interactive spin studio
Liked by Julian Vlaiko

  Julian Vlaiko



"... when passionate employees become quiet, it usually sends a signal that the work environment has become very...

Liked by Julian Vlaiko



Lesson2: Pixel Rate per Second - an important attribute for comparison. A LiDAR is like a 3D video camera. Eventually the way it works is very...

Liked by Julian Vlaiko

https://lnkd.in/dXip_4D
Liked by Julian Vlaiko

 

Julian Vlaiko



I am thrilled to share that the Western Digital Design team has won three Red Dot Design Award for each of our SanDisk external SSDs. This lineup…

Liked by Julian Vlaiko

## View Julian's full profile

See who you know in common

Get introduced

Contact Julian directly

Join to view full profile

## People also viewed


**Niv Adan**
Commercial photographer | Business Administration and Management student
Israel


**קובי מזור**
Independent Telecommunications Professional
Israel


**Dvir Itzhaky** 
Director at Human Design Israel
Israel


**Liran Liss**
Distinguished Architect at Mellanox Technologies
Akko


**Shay Benisty**
Fellow at Western Digital
Israel

  Julian Vlaiko 

 Neve Yamin


**Doron Burshtein**
PHY design team leader at Texas Instruments
Ramat Gan


**roy kriss**
IC Design Engineer at Broadcom Limited
Israel


**Regina Elba**
--
Israel


**Matan Ben-Shachar**
PHY Team Lead at Texas Instruments
Netanya

Show more profiles ⌄

## Others named **Julian Vlaiko**

**Julian Vlaiko**
--
Israel

1 other named Julian Vlaiko is on LinkedIn

See others named **Julian Vlaiko**

## Add new skills with these courses

 Build a Raspberry Pi Media Server

 React: Testing and Debugging

 Arduino: Prototyping

See all courses

## Julian's public profile badge

