# Exhibit Z






Google

A

Round trip · 1 · Economy

Boulder | Waco | Thu, Jan 6 | Wed, Jan 12

All filters | Stops | Times | Cor

Fly to DFW for $88

Change airport

Track prices ⓘ Jan 6–12, 2022

Date grid | Price graph

COVID-19 trends in Central Texas

Prices are currently typical for your trip.

## Departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

| Departure | Arrival | Stops | Duration | Airline | Price | Emissions |
|---|---|---|---|---|---|---|
| 10:43 AM DEN | 3:27 PM ACT | 1 stop | 3 hr 44 min | American · Operated by Envoy Air as America... | $386 round trip | 211 kg $CO_2$ Avg emissions |
| 6:34 PM DEN | 11:28 PM ACT | 1 stop | 3 hr 54 min | American · Operated by Envoy Air as America... | $386 round trip | 211 kg $CO_2$ Avg emissions |
| 7:00 AM DEN | 12:31 PM ACT | 1 stop | 4 hr 31 min | American · Operated by Envoy Air as America... | $245 round trip | 204 kg $CO_2$ Avg emissions |
| 12:54 PM DEN | 6:30 PM ACT | 1 stop | 4 hr 36 min | American · Operated by Envoy Air as America... | $386 round trip | 204 kg $CO_2$ |

## Hotels in Waco

Nightly prices for 1 guest Jan 6–Jan 12

Search for hotels ↗


Hyatt Place Waco - South
$93  4.2 ★★★★ (99)


Tru by Hilton Waco South
$94  4.2 ★★★★ (101)


Hilton
$151  4.3 ★★

Language · English (United States)   Location · United States   Currency · USD

About   Privacy   Terms   Join user studies   Feedback   Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more