# Exhibit AA







Google

Round trip 1 Economy

Boulder San Fran... Thu, Jan 6 Wed, Jan 12

All filters Stops Airlines Bags Price Times Cor

Track prices Jan 6–12, 2022 Any dates Date grid Price graph

COVID-19 trends in San Francisco

Prices are currently typical for your trip.

## Departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.
Prices are not available for: Southwest Airlines.

Sort by:

10:20 AM — 12:10 PM
DEN SFO
Nonstop · 2 hr 50 min · Southwest
Price unavailable
213 kg $CO_2$
+14% emissions

9:25 PM — 11:15 PM
DEN SFO
Nonstop · 2 hr 50 min · Southwest
Price unavailable
213 kg $CO_2$
+14% emissions

7:52 AM — 9:43 AM
DEN SFO
Nonstop · 2 hr 51 min · United
$118
round trip
209 kg $CO_2$
+12% emissions

3:49 PM — 5:40 PM
DEN SFO
$153
round trip

Nonstop · 2 hr 51 min · United    209 kg CO₂
+12% emissions

10:22 AM ⟶ 12:15 PM    $118
DEN    SFO    round trip
Nonstop · 2 hr 53 min · United    209 kg CO₂
+12% emissions

1:31 PM ⟶ 3:24 PM    $138
DEN    SFO    round trip
Nonstop · 2 hr 53 min · United    194 kg CO₂
Avg emissions

7:20 PM ⟶ 9:13 PM    $138
DEN    SFO    round trip
Nonstop · 2 hr 53 min · United    209 kg CO₂
+12% emissions

11:33 AM ⟶ 1:27 PM    $153
DEN    SFO    round trip
Nonstop · 2 hr 54 min · United    194 kg CO₂
Avg emissions

10:07 PM ⟶ 12:02 AM+1    $109
DEN    SFO    round trip
Nonstop · 2 hr 55 min · Frontier    174 kg CO₂
-7% emissions

8:30 PM ⟶ 10:25 PM    $118
DEN    SFO    round trip
Nonstop · 2 hr 55 min · United    186 kg CO₂
Avg emissions

5:37 PM ⟶ 7:32 PM    $153
DEN    SFO    round trip
Nonstop · 2 hr 55 min · United    186 kg CO₂
Avg emissions

5:30 AM ⟶ 10:10 AM    $151
DEN    SFO    round trip
1 stop · 5 hr 40 min · American    286 kg CO₂
+54% emissions

⌄ 54 more flights

## Hotels in San Francisco ⓘ

Nightly prices for 1 guest Jan 6–Jan 12    Search for hotels ↗

| HI San Francisco Downtown… | Music City Hotel - Home … | Casa Hotel |
|---|---|---|
| $34  4.4 ★★★★⯪ (1,327) | $26  4.0 ★★★★☆ (427) | $45  3.6 ★ |

🌐 Language · English (United States)    📍 Location · United States    💵 Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more