# Exhibit BB



## Departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.
Prices are not available for: Southwest Airlines.

Sort by:



| | 10:55 AM → 2:34 PM | $241 round trip |
| | BOS            DFW | 320 kg CO$_2$ |
| | Nonstop · 4 hr 39 min · JetBlue | +7% emissions |

| | 2:23 PM → 6:06 PM | $221 round trip |
| | BOS          DFW | 306 kg CO$_2$ |
| | Nonstop · 4 hr 43 min · American | Avg emissions |

| | 5:51 PM → 9:36 PM | $187 round trip |
| | BOS          DFW | 299 kg CO$_2$ |
| | Nonstop · 4 hr 45 min · American | Avg emissions |

| | 6:00 AM → 9:45 AM | $196 round trip |
| | BOS          DFW | |

| | | | |
|---|---|---|---|
| | Nonstop · 4 hr 45 min · American | 299 kg $CO_2$ Avg emissions | |
| ✈ | **12:06 PM → 3:51 PM** BOS           DFW Nonstop · 4 hr 45 min · American | **$196** round trip 299 kg $CO_2$ Avg emissions | |
| ✈ | **5:00 AM → 8:46 AM** BOS           DFW Nonstop · 4 hr 46 min · American | **$187** round trip 279 kg $CO_2$ -7% emissions | |
| ✈ | **4:00 PM → 7:46 PM** BOS           DFW Nonstop · 4 hr 46 min · American | **$187** round trip 299 kg $CO_2$ Avg emissions | |
| ✈ | **7:52 AM → 11:39 AM** BOS           DFW Nonstop · 4 hr 47 min · American | **$196** round trip 299 kg $CO_2$ Avg emissions | |
| ▲ | **6:55 AM → 10:42 AM** BOS           AUS Nonstop · 4 hr 47 min · Delta | **$207** round trip | |
| ▲ | **6:55 AM → 10:46 AM** BOS           DFW Nonstop · 4 hr 51 min · Delta | **$187** round trip | |
| jetBlue | **7:35 AM → 11:28 AM** BOS           AUS Nonstop · 4 hr 53 min · JetBlue · American | 🚫 **$267** round trip 345 kg $CO_2$ +15% emissions | |
| ✈ | **12:30 PM → 4:26 PM** BOS           AUS Nonstop · 4 hr 56 min · American · JetBlue | **$252** round trip 358 kg $CO_2$ +20% emissions | |
| ✈ | **6:00 PM → 9:56 PM** BOS           AUS Nonstop · 4 hr 56 min · American · JetBlue | **$252** round trip 358 kg $CO_2$ +20% emissions | |
| ▲ | **6:55 PM → 12:06 AM**[+1] BOS           DFW 1 stop · 6 hr 11 min · Delta | **$196** round trip 354 kg $CO_2$ +18% emissions | |
| | **10:30 AM → 3:43 PM** | **$205** | |

| | | | |
|---|---|---|---|
| ✈ | BOS → DFW  1 stop · 6 hr 13 min · American | round trip  340 kg $CO_2$  +14% emissions | |
| ▲ Delta | 8:30 AM → 1:51 PM  BOS      AUS  1 stop · 6 hr 21 min · Delta | $216  round trip  367 kg $CO_2$  +23% emissions | |
| ▲ Delta | 9:10 AM → 2:54 PM  BOS      DFW  1 stop · 6 hr 44 min · Delta | $196  round trip  360 kg $CO_2$  +20% emissions | |
| ✈ AA | 6:40 PM → 12:37 AM⁺¹  BOS      DFW  1 stop · 6 hr 57 min · American | $195  round trip  345 kg $CO_2$  +15% emissions | |
| ✈ AA | 7:30 AM → 1:40 PM  BOS      DFW  1 stop · 7 hr 10 min · American | $196  round trip  340 kg $CO_2$  +14% emissions | |
| ✈ AA | 12:45 PM → 7:12 PM  BOS      DFW  1 stop · 7 hr 27 min · American | $196  round trip  336 kg $CO_2$  +12% emissions | |
| F Frontier | 11:05 AM → 9:51 AM⁺¹  BOS      DFW  1 stop ⚠ · 23 hr 46 min · Frontier  SEPARATE TICKETS BOOKED TOGETHER | 🚫 $175  round trip  338 kg $CO_2$  +13% emissions | |

⌄ 145 more flights

## Hotels in Waco ⓘ

Nightly prices for 1 guest Jan 6–Jan 12

Search for hotels ↗

 Hyatt Place Waco - South  $93  4.2 ★★★★☆ (99)

 Tru by Hilton Waco South  $94  4.2 ★★★★☆ (101)

 Hilton  4.3 ★★  $151

🌐 Language · English (United States)    📍 Location · United States    💵 Currency · USD

https://www.google.com/travel/flights/search?tfs=CBwQAhopagwIAxIIL20vMDFxaDcSCjIwMjItMDEtMDZyDQgLEgkvbS8wwMTA2ZHYaKWoNCAMSCS...    3/4

About   Privacy   Terms   Join user studies   Feedback   Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more