# Exhibit CC




Google

Round trip 1 Economy

Cambrid... San Fran... Thu, Jan 6 Wed, Jan 12

All filters Stops Airlines Bags Price Times Cor

Track prices Jan 6–12, 2022 Any dates Date grid Price graph

COVID-19 trends in San Francisco

Prices are currently typical for your trip.

## Departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.
Prices are not available for: Southwest Airlines.

Sort by:

6:00 AM — 9:50 AM
BOS SFO
Nonstop · 6 hr 50 min · United
$264 round trip
382 kg $CO_2$
-33% emissions

9:25 PM — 1:17 AM+1
BOS SFO
Nonstop · 6 hr 52 min · JetBlue · American
$280 round trip
570 kg $CO_2$
Avg emissions

11:20 AM — 3:12 PM
BOS SFO
Nonstop · 6 hr 52 min · United
$300 round trip
649 kg $CO_2$
+14% emissions

8:43 AM — 12:35 PM
BOS SFO
$301 round trip

| | | | |
|---|---|---|---|
| | Nonstop · 6 hr 52 min · JetBlue · American | | 570 kg CO$_2$ Avg emissions |
| | 6:06 PM → 9:59 PM  BOS  SFO  Nonstop · 6 hr 53 min · United | $306 round trip | 382 kg CO$_2$ -33% emissions |
| jetBlue | 12:30 PM → 4:26 PM  BOS  SFO  Nonstop · 6 hr 56 min · JetBlue · American | $321 round trip | 570 kg CO$_2$ Avg emissions |
| | 6:50 PM → 10:50 PM  BOS  SFO  Nonstop · 7 hr · Alaska | $266 round trip | 488 kg CO$_2$ -14% emissions |
| Δ | 8:15 AM → 12:17 PM  BOS  SFO  Nonstop · 7 hr 2 min · Delta | $222 round trip | 590 kg CO$_2$ Avg emissions |
| jetBlue | 6:00 AM → 10:02 AM  BOS  SFO  Nonstop · 7 hr 2 min · JetBlue · American | $280 round trip | 570 kg CO$_2$ Avg emissions |
| jetBlue | 6:45 PM → 10:47 PM  BOS  SFO  Nonstop · 7 hr 2 min · JetBlue · American | $280 round trip | 570 kg CO$_2$ Avg emissions |
| Δ | 5:45 AM → 11:20 AM  BOS  SFO  1 stop · 8 hr 35 min · Delta | $231 round trip | 525 kg CO$_2$ -8% emissions |
| Δ | 8:00 AM → 1:55 PM  BOS  SFO  1 stop · 8 hr 55 min · Delta | $206 round trip | 489 kg CO$_2$ -14% emissions |
| Δ | 5:29 AM → 11:29 AM  BOS  SFO  1 stop · 9 hr · Delta | $206 round trip | 483 kg CO$_2$ -15% emissions |
| Δ | 9:10 AM → 3:15 PM  BOS  SFO  1 stop · 9 hr 5 min · Delta | $206 round trip | 486 kg CO$_2$ -15% emissions |
| | 5:45 AM → 11:55 AM | $233 | |



## Hotels in San Francisco ⓘ

Nightly prices for 1 guest Jan 6–Jan 12

**Search for hotels** ↗



HI San Francisco Downtown…
$34
4.4 ★★★★½ (1,327)



Music City Hotel - Home …
$26
4.0 ★★★★☆ (427)



Casa Hote…
$45
3.6 ★

---

Language · English (United States)   Location · United States   Currency · USD

About   Privacy   Terms   Join user studies   Feedback   Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more