# Exhibit DD

Courts & Judges  Counsel  Parties  Federal  State  Administrative  Quick Tools

Ariell Bratton

Product Update: State court analytics are now available in Oregon covering **Multnomah County Circuit Court** (Portland)! Learn More.  ✕

Product Update: **False Claims** Practice Area has been released! Learn more.  ✕

Search all of Lex Machina

   

**District Judge Alan D Albright** of the U.S. District Court for the Western District of Texas W.D.Tex.

Overview   Federal District:   Cases   Documents   Damage Awards

## Index

**Federal District Court**

| | |
|---|---:|
| Cases | 2,901 |
| Documents | 113,463 |
| Damage Awards | 66 |

## Open Cases in W.D.Tex.

| | Albright | W.D.Tex. | |
|---|---:|---:|---:|
| Patent | 830 | 862 | 96.3% |
| Antitrust | 3 | 9 | 33.3% |
| Bankruptcy | 8 | 47 | 17.0% |
| Contracts | 63 | 246 | 25.6% |
| Copyright | 5 | 72 | 6.9% |
| ERISA | 0 | 20 | 0.0% |
| Employment | 43 | 524 | 8.2% |
| Insurance | 16 | 291 | 5.5% |
| Product Liability | 12 | 103 | 11.7% |
| Securities | 1 | 36 | 2.8% |
| Trade Secret | 10 | 36 | 27.8% |
| Trademark | 34 | 87 | 39.1% |
| Environmental | 1 | 5 | 20.0% |
| Tax | 1 | 13 | 7.7% |
| Consumer Protection | 7 | 146 | 4.8% |
| Torts | 55 | 520 | 10.6% |
| Civil Rights | 21 | 171 | 12.3% |
| False Claims | 1 | 12 | 8.3% |
| Remaining Federal | 60 | 496 | 12.1% |

## Biographical Information

| | |
|---|---:|
| Name | Alan D Albright |
| Age | 62 years (born 1959) |

| | |
|---|---:|
| **Nominated By** | President Donald J. Trump |
| **Commissioned** | 2018-09-10 |
| **Active Tenure** | 3 years |
| **W.D.Tex. Average** | 18 years |
| **Fifth Circuit Average** | 17 years |
| **National Average** | 17 years |

## Comparison to Other W.D.Tex. Judges

**Patent**



**Antitrust**



**Bankruptcy**



**Contracts**



**Copyright**



**ERISA**



**Employment**



**Insurance**



**Product Liability**



Securities



Trade Secret



Trademark



Environmental



Tax



Consumer Protection



Torts



Civil Rights



False Claims



## Cases Filed by Year (Top 6 by Focus Order)



| | <2020 | 2020 | 2021* |
|---|---|---|---|
| ● Patent | 286 | 793 | 828 |
| ● Antitrust | 4 | 3 | 1 |
| ● Bankruptcy | 6 | 8 | 6 |
| ● Contracts | 62 | 37 | 35 |
| ● Copyright | 15 | 3 | 4 |
| ● ERISA | 4 | 1 | 0 |

* 2021 numbers are year-to-date. Open dots are full-year estimates.

## Cases by Type

| Case Types | Cases |
|---|---|
| Patent | 1,907 |
| Antitrust | 8 |
| Bankruptcy | 20 |
| Contracts | 134 |
| Copyright | 22 |
| ERISA | 5 |
| Employment | 108 |
| Insurance | 52 |
| Product Liability | 136 |
| Securities | 1 |
| Trade Secret | 21 |
| Trademark | 84 |
| Environmental | 2 |
| Tax | 3 |
| Consumer Protection | 76 |
| Torts | 135 |
| Civil Rights | 88 |
| False Claims | 3 |
| Remaining Federal | 231 |

## Timing

To customize these analytics or see more events, visit the Timing Case List Analyzer tab.
Show:

☑ Slider
☑ Labels
☐ Outliers

**Permanent Injunction (Grant)**
20 Cases reached Permanent Injunction (Grant)
Median: 337 days

**Dismiss (Contested)**
325 Cases reached Dismiss (Contested)
Median: 217 days

**Summary Judgment**
88 Cases reached Summary Judgment
Median: 506 days

**Trial**
24 Cases reached Trial
Median: 626 days

**Termination**
1,797 Terminated Cases
Median: 173 days



