# Exhibit EE

Courts & Judges   Counsel   Parties   Federal   State   Administrative   Quick Tools

Ariell Bratton

Product Update: State court analytics are now available in Oregon covering **Multnomah County Circuit Court** (Portland)! Learn More.   ✕

Product Update: **False Claims** Practice Area has been released! Learn more.   ✕

Search all of Lex Machina   🔍



## U.S. District Court for the Northern District of California N.D.Cal.

Overview   Judges    Federal District:   Cases   Documents   Damage Awards

## Index

### Federal District Court

| | |
|---|---|
| Cases | 81,766 |
| Documents | 3,683,582 |
| Damage Awards | 8,523 |

## Open Cases

| | |
|---|---|
| Patent | 267 |
| Antitrust | 261 |
| Bankruptcy | 30 |
| Contracts | 414 |
| Copyright | 276 |
| ERISA | 227 |
| Employment | 632 |
| Insurance | 212 |
| Product Liability | 8,424 |
| Securities | 255 |
| Trade Secret | 78 |
| Trademark | 172 |
| Environmental | 93 |
| Tax | 24 |
| Consumer Protection | 211 |
| Torts | 308 |
| Civil Rights | 1,721 |
| False Claims | 37 |
| Remaining Federal | 1,749 |

## Search for Recent Documents

Order re: Transfer   in the last 120 days

Judgment   in the last 90 days

Order re: Injunction   in the last 90 days

Order re: Dismissal   in the last 90 days

Order   in the last 30 days

## Cases Filed by Year (Top 6 by Focus Order)



| | <2020 | 2020 | 2021* |
|---|---|---|---|
| ● Patent | 2,725 | 251 | 163 |
| ● Antitrust | 1,399 | 111 | 63 |
| ● Bankruptcy | 743 | 59 | 31 |
| ● Contracts | 4,641 | 387 | 243 |
| ● Copyright | 1,970 | 186 | 365 |
| ● ERISA | 3,367 | 220 | 162 |

\* 2021 numbers are year-to-date. Open dots are full-year estimates.

## Cases by Type

| Case Types | Cases |
|---|---|
| Patent | 3,139 |
| Antitrust | 1,573 |
| Bankruptcy | 833 |
| Contracts | 5,271 |
| Copyright | 2,521 |
| ERISA | 3,749 |
| Employment | 6,967 |
| Insurance | 2,116 |
| Product Liability | 16,526 |
| Securities | 1,659 |
| Trade Secret | 611 |
| Trademark | 2,485 |
| Environmental | 737 |
| Tax | 518 |
| Consumer Protection | 4,845 |
| Torts | 2,206 |
| Civil Rights | 9,586 |
| False Claims | 211 |
| Remaining Federal | 19,620 |

## Timing

To customize these analytics or see more events, visit the Timing Case List Analyzer tab.

Show:

- [x] Slider
- [x] Labels
- [ ] Outliers

- [x] **Permanent Injunction (Grant)**
  1,112 Cases reached Permanent Injunction (Grant)
  Median: 272 days
- [x] **Dismiss (Contested)**
  12,906 Cases reached Dismiss (Contested)
  Median: 154 days
- [x] **Summary Judgment**
  5,406 Cases reached Summary Judgment
  Median: 542 days
- [x] **Trial**
  747 Cases reached Trial
  Median: 748 days
- [x] **Termination**
  66,686 Terminated Cases
  Median: 223 days



