# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | CIVIL ACTION NO. 6:21-CV-735-ADA <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING DEFENDANT GOOGLE LLC'S
## OPPOSED MOTION TO TRANSFER

On this day, came on for consideration Defendant Google LLC's Opposed Motion to Transfer (the "Motion to Transfer"). The Court has considered the Motion to Transfer, all responsive pleadings, and the case record, and is of the opinion that the Motion to Transfer is meritorious and should be granted.

It is therefore **ORDERED** that that Motion to Transfer filed on November 23, 2021 is **GRANTED**.

It is further **ORDERED** that Civil Action No. 6:21-cv-00735-ADA; *Ancora Technologies, Inc. v. Google LLC* be **TRANSFERRED** to the Northern District of California.

SIGNED on this _____ day of _____, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE