IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, LLC, <br><br> Defendants. | Civil Action No. 6:21-cv-00735-ADA <br><br> JURY TRIAL DEMANDED |

**JOINT STATUS REPORT REGARDING DKT. 34 ORDER STAYING CASE**

Pursuant to the Court's Order Granting Motion to Stay Pending Inter Partes Review (Dkt. 34 ("Order")), Defendants Google, LLC, and Plaintiff Ancora Technologies, Inc. respectfully submit this joint status report.

The Court ordered that the "parties shall submit a joint status report within 10 days after each issuance of Final Written Decisions in the Nintendo IPR and the VIZIO/Roku IPR, or by March 10, 2023, whichever is earlier." (Order at 1.)  The Patent Trial and Appeal Board issued a Final Written Decision in Nintendo's IPR on January 25, 2023. *See* Final Written Decision Determining All Challenged Claims Unpatentable, Paper 48, *Nintendo Co., Ltd. v. Ancora Techs., Inc.*, No. IPR2021-01338 (P.T.A.B. Jan. 25, 2023) ("Final Written Decision") (sealed, public version forthcoming).  Although Google has not yet had the opportunity to review that sealed document, Ancora has represented that, in the Final Written Decision, the Board found all challenged claims 1–3, 6–14, and 16 invalid. *Id.* at 2.  This encompasses all claims asserted in the instant case.

Ancora intends to appeal the Final Written Decision and does not oppose Google's request to continue the stay of proceedings in the instant case until issuance of mandate in the forthcoming appeal.

Dated: February 6, 2023                                             Respectfully submitted,

By: /s/ *Steven M. Seigel*                                          By: /s/ *Robert W. Unikel*
Andres Healy (WA 45578)                                             Robert W. Unikel (admitted pro hac vice)
Steven M. Seigel (WA 53960)                                         robertunikel@paulhastings.com
SUSMAN GODFREY LLP                                                  PAUL HASTINGS LLP
401 Union Street, Suite 3000                                        71 South Wacker Drive, 45th Floor
Seattle, Washington 98101                                           Chicago, IL 60606
Telephone: (206) 516-3880                                           Telephone: (312) 499-6000
Fax: 206-516-3883                                                   Facsimile: (312) 499-6100
ahealy@susmangodfrey.com
sseigel@susmangodfrey.com                                           Robert R. Laurenzi (admitted pro hac vice)
                                                                    robertlaurenzi@paulhastings.com
Lexie G. White (TX 24048876)                                        PAUL HASTINGS LLP
SUSMAN GODFREY LLP                                                  200 Park Avenue
1000 Louisiana Street, Suite 5100                                   New York, NY 10166
Houston, Texas 77002                                                Telephone: (212) 318-6000
Telephone: (713) 651-9366                                           Facsimile: (212) 319-4090
Fax: (713) 654-6666
lwhite@susmangodfrey.com                                            Elizabeth Brann (admitted pro hac vice)
                                                                    elizabethbrann@paulhastings.com
Charles Ainsworth                                                   Ariell N. Bratton (admitted pro hac vice)
State Bar No. 00783521                                              ariellbratton@paulhastings.com
Robert Christopher Bunt                                             Sachin Bhatmuley (admitted pro hac vice)
State Bar No. 00787165                                              sachinbhatmuley@paulhastings.com
PARKER, BUNT & AINSWORTH, P.C.                                      PAUL HASTINGS LLP
100 E. Ferguson, Suite 418                                          4747 Executive Drive, 12th Floor
Tyler, TX 75702                                                     San Diego, CA 92121
Telephone: 903/531-3535                                             Telephone: (858) 458-3000
charley@pbatyler.com                                                Facsimile: (858) 458-3005
rcbunt@pbatyler.com
                                                                    Joshua Yin (admitted pro hac vice)
***COUNSEL FOR PLAINTIFF ANCORA***                                  joshuayin@paulhastings.com
***TECHNOLOGIES, INC.***                                            PAUL HASTINGS LLP
                                                                    1117 S. California Avenue
                                                                    Palo Alto, CA 94304
                                                                    Telephone: (650) 320-1800
                                                                    Facsimile: (650) 320-1900

> Brian C. Banner (TX Bar No. 24059416)
> bbanner@sgbfirm.com
> Truman H. Fenton (TX 24059742)
> tfenton@sgbfirm.com
> Darryl J. Adams (TX 00796101)
> dadams@sgbfirm.com
> SLAYDEN GRUBERT BEARD PLLC
> 401 Congress Ave., Suite 1650
> Austin, TX 78701
> Telephone: (512) 402-3550
> Facsimile: (512) 402-6865
>
> ***COUNSEL FOR DEFENDANT GOOGLE LLC***

## CERTIFICATE OF SERVICE

    I hereby certify that on February 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and the forgoing was served via e-mail therefrom to all counsel of record.

                                                 /s/ *Steven M. Seigel*
                                                 Steven M. Seigel